NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RACHEL L. KENT
Special Assistant United States Attorney
Rachel.Kent@usdoj.gov
U.S. Department of Justice
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff,

        v.

Daniel Plata a/k/a/ "Velor",
Jonathan Pavon a/k/a "Cluer"

        Defendants.

Case No. 2:20-cr-00032-JCM-EJY

MOTION FOR A PROTECTIVE ORDER GOVERNING DISCOVERY

      The Government and the indicted Defendants in the above-captioned case, by and through their respective attorneys of record, respectfully moves the Court to enter an order governing disclosure of certain discovery material pursuant to Fed. R. Crim. P. 16(d). The parties' request is outlined below.

      IT IS THEREFORE ORDERED that:

      1.    In order to protect sensitive information regarding certain historic properties from disclosure to the public when such disclosure could result in a significant damage to the historic property, such as damage to the integrity of the site by the removal of artifacts

or defacement, or impede the use of a traditional religious site by practitioners and to encourage early, broad and expansive discovery in this case, the defendants, the defendants' attorneys of record, and their respective staff members and others retained to work on the case:

    a) shall not distribute any information provided by the Government regarding regarding the location or other specific identifiers of the site identified by the United States Department of the Interior as site 26LN210.

    2. Any filing or pleading that has as an attachment a protected document or which contains protected information from a protected document shall be filed under seal and copies sent by email to the other parties, unless the Government agrees that the materials may be filed publicly. Any party receiving the sealed filing must not disclose the protected information.

//
//
//
//
//
//
//
//
//
//
//

3. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

Dated this 10 day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____/s/_____
Rachel Kent
Special Assistant United States Attorney

_____/s/_____
THERESA RISTENPART
Counsel for defendant
JONATHAN PAVON

_____/s/_____
PAUL RIDDLE
Counsel for defendant
DANIEL PLATA

IT IS SO ORDERED:

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge

November 12, 2020
Date

3