RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Daniel Plata

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL PLATA ET AL,<br><br>        Defendant. | Case No. 2:20-cr-00032-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Daniel Plata, and Theresa A. Ristenpart, counsel for Jonathan Pavon, that the Sentencing Hearing currently scheduled on September 30, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

      1.    There is a scheduling conflict and the parties need to reset the hearing.

      2.    The defendants are not in custody and agree with the need for the continuance.

      3.    The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 26th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

By /s/ Theresa A. Ristenpart
THERESA A. RISTENPART
Counsel for Jonathan Pavon

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00032-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL PLATA ET AL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, September 30, 2022 at 10:00 a.m. and 10:30 a.m., be vacated and continued to **November 4, 2022, at 10:00 a.m. and 10:30 a.m. as to Daniel Plata and Jonathan Pavon, respectively.**

DATED September 28, 2022

_____
UNITED STATES DISTRICT JUDGE